[No. 12450–1–I.  Division One.  July 9, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
VIRGIL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01613–2, David C. Hunter, J., entered November 5, 1982. *Reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Williams and Ringold, JJ.

[No. 12433–1–I.  Division One.  July 9, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLOTTE
McALLISTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03872–3, James J. Dore, J., entered November 2, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Corbett, A.C.J., and Ringold, J.

[No. 11697–5–I.  Division One.  July 9, 1984.]

JOHN D. THOMPSON, *Appellant*, v. TRANSPORTATION
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–00823–2, Richard M. Ishikawa, J., entered March 29, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Andersen, J.